IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARLOWE,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>           Defendants. | Case No. 16-cv-00076-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Before the Court is defendants' "Motion to Dismiss Plaintiff's Complaint," filed July 14, 2016. Plaintiff has not filed opposition.[1]

Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision on the moving papers, and VACATES the hearing scheduled for August 19, 2016.

**IT IS SO ORDERED.**

Dated: August 2, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, any opposition was due no later than July 28, 2016. See Civil L. R. 7-3(a) (providing opposition "must be filed and served not more than 14 days after the motion was filed").