ALEXANDER S. ZALKIN, ESQ. (#280813)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel:  858-259-3011
Fax: 858-259-3015
Email:  alex@zalkin.com

Attorney for Plaintiff

DENNIS J. HERRERA (#139669)
City Attorney
CHERYL ADAMS (#164194)
Chief Trial Deputy
MARGARET W. BAUMGARTNER (#151762)
RENEE L. ERICKSON (#304983)
Deputy City Attorneys
1390 Market Street, 6th
Tel: 415-554-3853
Fax: 415-554-3837
Email: renee.erickson@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER MARLOWE**, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO**, a governmental entity; **SUZY LOFTUS**, individually and in her official capacity as President of the San Francisco Police Commission; **GREG SURH**, individually and in his official capacity as Chief of Police of the San Francisco Police Department; **MIKAIL ALI**, individually and in his official capacity of Deputy Chief of the San Francisco Police Department; **JOE CORDES**, individually and in his official capacity as an officer of the San Francisco Police Department; and Does 6 through 100, inclusive,<br><br>   Defendants. | Case No.:  **3:16-cv-00076-MMC**<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**<br><br><br>Dept:        Courtroom 7, 19th floor<br>Judge:        Maxine M. Chesney<br><br>Date of Filing: December 21, 2016 |

3:16-cv-00076-MMC                                1

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS AND [PROPOSED] ORDER**

WHEREAS, Plaintiff filed her Second Amended Complaint ("SAC") on October 21, 2016;

WHEREAS, Defendants filed their Rule 12(b)(6) Motion to Dismiss Plaintiff's SAC ("Motion") on November 23, 2016;

WHEREAS, based on Defendants' counsel's request, the Parties agreed, and this Court ordered, that Plaintiff's deadline to respond to Defendants' Motion be moved to December 21, 2016 and Defendants' deadline to reply be moved to December 30, 2016;

WHEREAS, an unexpected personal issue precluded Plaintiff's from working on Plaintiff's Response to Defendant's Motion on December 20, 2016;

WHEREAS, the Parties have agreed to allow Plaintiff a one day extension to respond, making Plaintiff's new deadline December 22, 2016;

WHEREAS, this one-day extension will have no effect on Defendant's deadline to Reply to Plaintiff's response, or on the hearing date on Defendant's Motion;

NOW THEREFORE, the Parties hereby stipulate, and request that this Court order, that the deadline for Plaintiff to respond to Defendants' Motion be extended from December 21, 2016 to December 22, 2016.

Date: December 21, 2016                THE ZALKIN LAW FIRM, P.C

                                      By:     */s/ Alexander S. Zalkin*
                                                     Alexander S. Zalkin
                                                     Attorney for Plaintiff
                                                     HEATHER MARLOWE

Date: December 21, 2016                DENNIS J. HERRERA
                                                     City Attorney
                                                   CHERYL ADAMS
                                                   Chief Trial Deputy
                                                   MARGARET W. BAUMGARTNER
                                                   RENEE L. ERICKSON
                                                   Deputy City Attorneys

                                      By:     */s/ Renne L. Erickson*
                                                     Renee L. Erickson
                                                   Attorneys for Defendants
                                                   CITY AND COUNTY OF SAN FRANCISCO

## ATTESTATION CLAUSE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above signatories.

Date: December 21, 2016                By:  */s/ Alexander S. Zalkin*
                                                   Alexander S. Zalkin
                                                   Attorney for Plaintiff
                                                   HEATHER MARLOWE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED, that Plaintiff's new deadline to respond to Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint is December 22, 2016.

Dated: December 21, 2016

By: /s/ Maxine M. Chesney
United States District Judge